## RECONSIDERATION DOCKET

**99–1187.   Lange v. Kent State Univ.**
Trumbull App. No. 98–T–0076. Reported at 86 Ohio St.3d 1488, 716 N.E.2d 720. On motion for reconsideration. Motion denied.